Roman Otkupman
Otkupman Law Firm, ALC
28632 Roadside Dr., Suite 203
Agoura Hills, CA 91301
Direct: 1.818.918.2841
Main: 1.818.293.5623
Fax: 1.888.850.1310
Attorneys for Plaintiff
RHONDA HALSTEAD

Stefan H. Black, Bar No. 284499
Shanda Y. Lowe, Bar No. 278602
FORD & HARRISON LLP
350 South Grand Avenue, Suite 2300
Los Angeles, CA 90071
Telephone: (213) 237-2400
Facsimile: (213) 237-2401
Attorneys for Defendant
WALMART INC., FORMERLY
WAL-MART STORES, INC.

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RHONDA HALSTEAD,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>WAL-MART STORES, INC. and DOES 1 through 100, inclusive,<br><br>　　　　　Defendants. | Case No. 2:17-cv-06530-MWF-GJS<br><br>**ORDER RE JOINT STIPULATION OF DISMISSAL**<br><br>Action Filed:　　July 31, 2017<br>Date of Removal:　September 5, 2017 |

**GOOD CAUSE APPEARING**, the Court hereby approves this Stipulation and enters the following order

1. The above-captioned matter is hereby dismissed as to all parties and all causes of action with prejudice.

**IT IS SO ORDERED:**

DATED: August 16, 2018

_____
United States District Court Judge

WSACTIVELLP:9902649.1

/ CASE NO. 2:17-CV-06530-MWF-GJS

(ORDER RE JOINT STIPULATION OF DISMISSAL

DOCUMENT PRINTED ON RECYCLED PAPER